IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DENNIS THRASHER**                                                                **PLAINTIFF**

v.                              NO. 3:10CV00298 JLH/BD

**MICHAEL BRYAN**, *et al.*                                                        **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections filed, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims against Defendants Johnson and Beck are DISMISSED without prejudice. In addition, Plaintiff's claim for money damages against Defendant Bryan in his official capacity is DISMISSED with prejudice.

IT IS SO ORDERED this 30th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE