IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DENNIS THRASHER**                                                                                          **PLAINTIFF**

V.                              NO. 3:10CV00298-JLH-BD

**MICHAEL BRYAN**                                                                                          **DEFENDANT**

## ORDER

Summons as to Defendant Michael Bryan, issued on December 7, 2010 and forwarded to the United States Marshal for service, has been returned unexecuted with a notation that Mr. Bryan is no longer employed by the Arkansas Department of Correction ("ADC"). (Docket entry #15) The ADC has provided Mr. Bryan's last-known mailing address, which has been filed under seal.

The Clerk of Court is asked to reissue a summons for Mr. Bryan, and the United States Marshal Service is directed to serve copies of the Complaint, (#2), with any attachments, and the summons, upon Mr. Bryan at the address provided under seal, without prepayment of fees and costs or security.

DATED this 17th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE