# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**DENNIS THRASHER**                                                                                    **PLAINTIFF**

**V.**                                           **NO. 3:10CV00298-BD**

**MICHAEL BRYAN**                                                                                    **DEFENDANT**

## ORDER

Dennis Thrasher was granted leave to proceed *in forma pauperis* (docket entry #3) on December 7, 2010, and was ordered to make monthly payments on the $350.00 filing fee.

Mr. Thrasher is no longer incarcerated in the Mississippi County Detention Facility (#25).  When plaintiffs proceeding *in forma pauperis* are released from confinement, it is the Court's policy to require them to submit current financial information to determine whether they should be required to pay the remaining filing fee. In addition, plaintiffs proceeding pro se are required to notify the Court and the parties of any change of address.

Mr. Thrasher must inform the Court, within thirty (30) days of the entry of this Order, of his new address.  He is also ordered to submit a new request to proceed *in forma pauperis* or pay the remaining filing fee to the Court.  The Clerk of Court is directed to send Mr. Thrasher an application to proceed *in forma pauperis*, along with a copy of this Order.

Failure to comply with this Order will result in dismissal of this case, under Local Rule 5.5(c)(2) of the Rules of the United States District Court for the Eastern District of Arkansas (requiring any party not represented by counsel to promptly notify the Clerk and the other parties of any change in his or her address; to monitor the progress of the case; and to prosecute or defend the action diligently).

DATED this 11th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE