IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DENNIS THRASHER
ADC #656613                                                                                        PLAINTIFF

V.                              NO. 3:10CV00298-BD

MICHAEL BRYAN                                                                                    DEFENDANT

## ORDER

In conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, Attorney Kathryn A. Pryor, Wright Lindsey & Jennings, 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas 72201, telephone number 501-371-0808, is hereby appointed to represent Plaintiff Dennis Thrasher in all further proceedings in this case.

The Clerk of Court is directed to send Ms. Pryor a copy of this Order and Local Rule 83.7, and a copy of this Order to Mr. Thrasher. Counsel may access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, she should contact court staff at 501-604-5114, and a copy of the file, or any portion of the file, will be provided via compact disc free of charge. Under Local Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days of the date of this order, if there is cause to withdraw; otherwise, the appointment will be effective.

IT IS SO ORDERED this 10th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE