**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DENNIS THRASHER, ADC #656613**                                  **PLAINTIFF**

**V.**                                 **NO. 3:10CV00298-BD**

**MICHAEL BRYAN**                                  **DEFENDANT**

## ORDER

Attorney Matthew C. Hutsell, Rainwater, Holt & Sexton, P.A., Post Office Box

17250, Little Rock, Arkansas  72222-7250, telephone number 501-868-2500, is hereby

appointed to represent Defendant Michael Bryan in all further proceedings in this case.

The Clerk of Court is directed to send Mr. Hutsell and Mr. Bryan a copy of this

Order.   Counsel may access the file from CM/ECF.  If counsel is unable to obtain a copy

of the file from CM/ECF, he should contact court staff at 501-604-5114, and a copy of

the file, or any portion of the file, will be provided via compact disc free of charge.

Counsel must make written application to withdraw within twenty-one (21) days of the

date of this order, if there is cause to withdraw; otherwise, the appointment will be

effective.

IT IS SO ORDERED this 12th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE