IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DENNIS THRASHER
ADC #656613                                                                                          PLAINTIFF

V.                                         NO. 3:10CV00298-BD

MICHAEL BRYAN                                                                                        DEFENDANT

## ORDER

Plaintiff Dennis Thrasher and Defendant Michael Bryan have settled all issues between them. The parties have agreed to the dismissal of all of Plaintiff's claims. (Docket entry #54) Accordingly, all claims in this action are DISMISSED, with prejudice.

DATED this 20th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE