IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DENNIS THRASHER**
**ADC #656613** **PLAINTIFF**

V.  NO. 3:10CV00298-BD

**MICHAEL BRYAN** **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 20th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE